

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2022

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating Appellant R.H.'s parental rights. After Appellant R.H.'s court-appointed appellate counsel filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), we struck the brief because it did not contain any citations to the reporter's record, did not recite or discuss any of the evidence presented at trial, and did not contain any legal analysis. *See* Tex. R. App. P. 38.1. We explained that the brief did not contain a professional evaluation of the record and did not demonstrate there are no arguable grounds for appeal. *See In re N.F.M.*, 582 S.W.3d 539, 542 (Tex. App.—San Antonio 2018), *disp. on merits*, 2019 WL 1049247 (Tex. App.—San Antonio Mar. 6, 2019, pet. denied). We thus ordered Appellant R.H.'s brief redrawn and ordered Appellant R.H.'s appointed counsel to file a new brief. When Appellant R.H.'s appointed counsel did not file a brief as ordered, we abated the cause to the trial court so that it could hold an abandonment hearing.

A supplemental reporter's record of the hearing and supplemental clerk's record containing the trial court's findings have now been filed. The trial court found that Appellant R.H. still wishes to pursue her appeal and desires to retain her own counsel. The trial court found that Appellant R.H. was not indigent and that she requested forty-five days to hire counsel. The trial court thus removed appointed counsel from the case. Appellant R.H. has not indicated to this court that she has retained counsel; thus, until we receive notice from Appellant R.H., she is representing herself in this appeal.

Appellant R.H.'s requested forty-five days to retain counsel have now passed. We thus reinstate this appeal and ORDER Appellant R.H. to file her appellant's brief on or before **January 31, 2022**.

_____
Liza A. Rodriguez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court